UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
SEP 9 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

Quania Crittenden
29 Boswell Place
Tonawanda, NY 14150
_____
Name(s) of Plaintiff or Plaintiffs

-vs-

The Irish Banshee Pub
257 Franklin Street
Buffalo, NY 14202
_____
Name of Defendant or Defendants

Jury Trial Demanded: Yes ✓  No ___

**24 CV 837**

**DISCRIMINATION COMPLAINT**
_____ -CV- _____

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
  **NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
  **NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
  **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

✓ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1. My address is: 29 Boswell Place Tonawanda, NY 14150

   My telephone number is: 716-923-5143

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: The Irish Banshee Pub
   Number of employees: 15-100 Employees
   Address: 257 Franklin Street Buffalo, NY 14202

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____
   Address: _____

**CLAIMS**

4. I was first employed by the defendant on (date): 10/29/2022

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ 12/05/2022 _____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____

7. I believe that the defendant(s)

   a. ____ Are still committing these acts against me.
   b. _X_ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) __12/05/2022_____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is _____

   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: __12/10/2022_____

11. The Equal Employment Opportunity Commission did __✓__ /did not _____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: __06/12/2024_____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. _____ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. _____ Termination of my employment

    d. _____ Failure to promote me

    e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. ✓ Harassment on the basis of my sex

    g. ✓ Harassment on the basis of unequal terms and conditions of my employment

    h. _____ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. ✓ Other actions (please describe) Failed to comply with the EEOC mediation & conciliation efforts.

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. ✓ Race             f. ✓ Sexual Harassment

    b. \_\_\_\_\_ Color        g. \_\_\_\_\_ Age
                            _____ Date of birth
    c. ✓ Sex
                            h. \_\_\_\_ Disability
    d. \_\_\_\_\_ Religion    Are you incorrectly perceived as being
                            disabled by your employer?
    e. \_\_\_\_\_ National Origin     \_\_\_ yes \_\_\_ no

15. I believe that I was ✓/was not \_\_\_\_\_ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not ✓ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: 12/10/2022 and why the defendant(s) stopped committing these acts against you: I am no longer employed with the company.

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    ✓ **has** issued a Right to sue letter, which I received on 06/12/2024

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    On December 5th, 2022 I was sexually harassed by Neil a manager of the Irish Banshee Pub. I was coming out of the kitchen to go to the bathroom, Neil stopped me and offered me a ride home to save me money on Ubers, I said yes. Later that night, we closed down the bar and restaurant, as we're heading out Neil wanted to smoke a cigarette and I took one. Me and Neil engaged into conversation about Christmas. I explained that I was facing financial difficulty providing for my daughter's Christmas due to my hours being cut.

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

# Question 19 Continued...

1. Drastically. Neil then asked me if I knew what "*List Crawlers*" is, I said that I do not know what "List Crawlers" is; Neil continued on to say "I don't think you want to go down that route, but I know this girl who used to work here (*The Irish Banshee Pub*) she makes ton of money doing it"; I then asked Neil "what is *List Crawlers*?"; Neil replied "it's sex, it's basically a friends with benefits sort of thing". I stared at him in disbelief and politely informed him that "List Crawlers" is not a route I want to go because I am not that type of girl. We got in Neil's car heading to take me home.
2. During the ride, Neil decides to bring "List Crawlers" up again, stating that he has been married 19 years and he has used "*List Crawlers*" service a few times throughout his marriage. I immediately stopped engaging in conversation. I lived 8 minutes from *The Irish Banshee Pub,* as we are getting off at my exit, I asked Neil if we could stop at the store on the corner near my home, Neil agreed and then asked if the store sold beer and if it has an ATM, I confirmed that the store does sell beer and has an ATM. We go into the store and grab the things we needed, as we are exiting I noticed Neil did not stop at the ATM, so I asked him "you didn't want to stop at the ATM?"; Neil then says "umm no, not unless you wanted me to come home with you"; I then informed Neil that I have already declined to that sort of thing (sex) and that it is not my cup of tea. I then decided it was best for me to walk the rest of the way home, we parted ways.
3. In December of 2022, I resigned from my position at *The Irish Banshee Pub* as a line cook due to my hours not improving and I felt very uneasy and uncomfortable since the sexual harassment from Neil.
4. Prior to my resigning, I did ask Connor Hawkins about the reasoning for my hours being cut from 32+ hours a week to 16 hours or less. Connor informed me that there were really no hours available, I in turn asked Connor "if there are no hours available then why are the male cooks receiving all of their hours including overtime?". Connor did not have an answer for me, he only offered a janitorial position cleaning the bar, bathrooms, and dining areas in addition to the line cook position. I declined the janitorial employee: because that is not the position I was originally hired for, and I felt discriminated against being that I was the only African American employee; and the only female cook. The male cooks were also receiving higher pay than I was, for the same job title and responsibilities.

    5. On 12/19/2023, a year after filing a charge with the EEOC a mediation was conducted with a mediator, Connor Hawkins, and myself. The mediation failed because after I stated my reasoning for filing a charge with the EEOC, I was asked by the mediator to give a settlement number and I gave $23,000, the mediator then went back to Connor

informing him of the amount and Connor declined, the mediator then came back to me and asked me to go below $10,000 and I then offered $8500, the mediator then went to Connor informing him of the new and this time Connor declined stating to the mediator he is not settling for any amount that is 3 or 5 figures and that he was not going to settle with me for no more than $1,000. I declined the $1,000 settlement offer, which then led to the charge to be entered into investigation. I then received a *Letter of Determination* on 04/09/2024 from the EEOC, stating that the Respondent (*The Irish Banshee Pub*) has failed to respond to their efforts. The charge was then moved into conciliation.

6. On 06/12/2024, I then received a *Right to Sue* letter stating that conciliation failed and that the EEOC will not file suit against the respondent (*The Irish Banshee Pub*).

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____
    _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
    _____
    _____
    ___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 06/27/2024           _Quanin Crittenden_ _____
                                      Plaintiff's Signature

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

Olympic Towers
300 Pearl Street, Suite 450
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Buffalo Direct Dial: (716) 541-5007
FAX BUFFAXMAIN@EEOC.GOV
Website: www.eeoc.gov

**Charging Party**
Quania Crittenden
29 Roswell Place
Tonawanda, NY 14150

**Charge No:** 525-2023-00477

**Respondent**
The Irish Banshee Pub
Attention: Conor Hawkins
257 Franklin St.
Buffalo, NY 14202

**Respondent Attorney**
Chanel T. McCarthy
Gross Shuman, PC
471 Delaware Ave.
Buffalo, NY 14202

## DETERMINATION

On behalf of the U.S. Equal Employment Opportunity Commission ("Commission"), I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII) and the Equal Pay Act (EPA.) Respondent is an employer within the meaning of Title VII and the EPA. All requirements for coverage have been met.

Charging Party, a Cook alleges that she was sexually harassed and paid at a lower hourly rate because of her race/Black and sex/female, and that in retaliation for having complained about race and sex discrimination, her work hours were reduced, and she was constructively discharged in December of 2022.

On July 28, 2023, EEOC sent to Respondent a Notice of Charge with a copy of Charging Party's charge of discrimination. Respondent was asked to produce a position statement within 30 days of the Notice of Charge. The EEOC also sent to Respondent a Request for Information letter via

EEOC Portal which response was due with the position statement. Respondent logged in EEOC Portal, but it never produced a position statement or a request for information response. Respondent was also offered the opportunity to mediate the case. On December 19, 2023, a follow up notification was sent to Respondent and Respondent's Legal Representative, Chanel T. McCarthy asking for a request for information response and position statement no later than January 3, 2024. No response was received. Finally, on February 16, 2024, EEOC sent to Respondent and Respondent's Legal Representative an Adverse Inference notification indicating that if within 10-days a response to the charge of discrimination and a request for information response were not received, the EEOC was going to give credit to Charging Party's allegations. However, no response was received.

The Commission has made adequate efforts to obtain a response from Respondent. However, Respondent has failed to produce a response. Consequently, the Commission has determined that Respondent violated Title VII and the EPA by subjecting Charging Party to sexual harassment and paying Charging Party at a lower hourly rate because of her race and sex, and subjecting Charging Party to retaliatory actions by reducing her scheduled hours which resulted in her constructive discharge.

This determination is final. The ADA requires that, if the Commission determines that there is reasonable cause to believe that violations have occurred, it shall endeavor to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion. Having determined that there is reason to believe that violations have occurred, the Commission now invites Respondent to join with it in an effort toward a just resolution of this matter. Enclosed is a letter outlining the proposed terms of conciliation.

Disclosure of information obtained by the Commission during the conciliation process may only be made in accordance with the EPA and Title VII and the Commission's Procedural Regulations. The confidentiality provisions of Section 107 of Title VII and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to enter into conciliation discussions, or when the Commission's representative is unable to secure an acceptable conciliation agreement, the Director shall so inform the parties, advising them of the court enforcement alternatives available to aggrieved persons and the Commission.

On behalf of the Commission:

**Maureen C. Kielt** Digitally signed by Maureen C. Kielt
Date: 2024.04.09 11:54:40 -04'00'

Maureen C. Kielt, Director
Buffalo Local Office



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## CONCILIATION FAILURE AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/12/2024

To: Miss Quania Crittenden
29 Boswell Place
Tonawanda, NY 14150

Charge No: 525-2023-00477

EEOC Representative and email:   NELIDA SANCHEZ
Senior Investigator
nelida.sanchez@eeoc.gov

### CONCILIATION FAILURE OF CHARGE

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Maureen C. Kielt
Digitally signed by Maureen C. Kielt
Date: 2024.06.12 13:25:24 -04'00'

Maureen Kielt
Local Office Director

Cc:
Chanel T McCarthy
Gross Shuman, P.C.
471 Delaware Ave.
Buffalo, NY 14202

Conor Hawkins
Banshee Irish Pub
257 Franklin St.
Buffalo, NY 14202


Please retain this notice for your records.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Quania Crittenden

## DEFENDANTS
The Irish Banshee Pub

**(b)** County of Residence of First Listed Plaintiff: Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Erie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

24 CV 837

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

*CIVIL RIGHTS*
- 440 Other Civil Rights
- 441 Voting
- [X] 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

*PERSONAL INJURY*
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

*PRISONER PETITIONS*
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/09/2024

SIGNATURE OF ATTORNEY OF RECORD: *Quania Crittenden*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____